IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

        Plaintiff,

  v.

ROGER TONNA, et al.,

        Defendants.
                                   /

No. CV-11-5407 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The First Amended Complaint is hereby DISMISSED as follows:

    a. the First Cause of Action is DISMISSED without leave to amend; and

    b. the Second and Third Causes of Action are DISMISSED without prejudice to plaintiff's refiling said claims in state court.

Dated: November 30, 2011                                      Richard W. Wieking, Clerk

                                                                                      *Tracy Lucero*

                                                                                      By: <u>Tracy Lucero</u>
                                                                                      <u>Deputy Clerk</u>